1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11

PAUL D. ANDERSON,

12

Petitioner,

13

v.

14

MATTHEW CATE, Secretary,

15

Respondent.

16

_____

) Case No. ED CV 12-1438-R (SP)
)
)
)
) **ORDER ACCEPTING FINDINGS AND**
) **RECOMMENDATION OF UNITED**
) **STATES MAGISTRATE JUDGE**
)
)
)
)
)
)

17

18      Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended

19  Petition, records on file, and the Report and Recommendation of the United States

20  Magistrate Judge.  Further, the Court has engaged in a de novo review of those

21  portions of the Report to which petitioner has objected.  The Court accepts the

22  findings and recommendation of the Magistrate Judge.

23      IT IS THEREFORE ORDERED that Judgment will be entered denying the

24  First Amended Petition and dismissing this action with prejudice.

25

26

27  DATED:   August 6, 2015          _____

28                                            HONORABLE MANUEL L. REAL
                                              UNITED STATES DISTRICT JUDGE