JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL D. ANDERSON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MATTHEW CATE, Secretary,<br><br>　　　　Respondent. | Case No. ED CV 12-1438-R (SP)<br><br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

Dated: August 6, 2015

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE